IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAROLD MOSES COVERT**                                                                         **PLAINTIFF**
**ADC # 151511**

v.                          Case No. 4:24-cv-00018-KGB

**DEE CARA LENNOX**                                                          **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 5). Also before the Court is *pro se* plaintiff Harold Moses Covert's motion for status update (Dkt. No. 6).

The Court has reviewed the Recommendation (Dkt. No. 5). Covert has not filed any objections, and the time to do so has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). Covert's complaint is dismissed without prejudice (Dkt. No. 2). The relief requested is denied. Judgment will be entered accordingly. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith. The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g).

The Court grants Covert's motion for status (Dkt. No. 6). The Court considers this Order sufficient to update Covert as to the status of this case.

It is so ordered this 11th day of September, 2025.

                                                          Kristine G. Baker
                                                          Chief United States District Judge