IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HAROLD MOSES COVERT**                                                                                  **PLAINTIFF**
**ADC # 151511**

v.                              Case No. 4:24-cv-00018-KGB

**DEE CARA LENNOX**                                                                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Harold Moses Covert's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith. The Court recommends that, in the future, this dismissal be considered a "strike" for purposes of 28 U.S.C. § 1915(g).

It is so adjudged this 11th day of September, 2025.

_____
Kristine G. Baker
Chief United States District Judge